1900.) In the matter of the Independent Order of Ahavath Israel. No opinion. Motion denied, with $10 costs.

JACKSON v. FOLEY et al. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Joseph R. Jackson, Jr., against John Foley and another. No opinion. Motion denied. See 65 N. Y. Supp. 920.

JACKSON, Respondent, v. FOLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Joseph R. Jackson against John Foley and others. Hays & Greenbaum, for appellants. H. L. May, for respondent. No opinion. Reargument ordered to the extent indicated in memorandum. See 65 N. Y. Supp. 920.

JACKSON, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Walter M. Jackson against the Metropolitan Street-Railway Company. L. Leo, for appellant. C. F. Brown, for respondent. No opinion.. Judgment affirmed, with costs.

In re JANES. In re WEBB. (Supreme Court, Appellate Division, First Department. November 16, 1900.) In the matter of Abigail H. Janes. No opinion. Order affirmed, with $10 costs and disbursements.

JEWELL, Respondent, v. McINTYRE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Ora M. Jewell against Thomas A. McIntyre and others.

PER CURIAM. This appeal was argued on the eve of the trial, when, as counsel were warned by the court, it would probably be impossible to decide it before the case was disposed of on the merits. As the case has since been decided at special term (66 N. Y. Supp. 905), and the injunction vacated, this appeal is dismissed, without costs to either party.

In re JOHNSTON. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) In the matter of the petition of Julia Johnston, by her guardian at litem, to compel P. M. Sullivan, an attorney, to pay over money. No opinion. Order affirmed, with $10 costs and disbursements.

In re JOHNSTON. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) In the matter of the petition of Julia Johnston, by her guardian ad litem, to compel P. M. Sullivan, an attorney, to pay over money.

PER CURIAM. District attorney of Niagara county directed to prepare and present formal charges for disbarment of Peter M. Sullivan for deceit, misconduct, and malpractice in his profession as attorney and counselor, and to prosecute such charges pursuant to an order this day entered.

JORDAN v. FOSTER. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by John Jordan against George H. Foster. No opinion. Motion granted, with $10 costs.

KANE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Frank Kane against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon the ground that, interpreting the evidence most favorably to the plaintiff, it was not sufficient to establish actionable negligence upon the part of the defendant, and upon the further ground that the plaintiff assumed the risk of the accident which resulted in his injuries, and therefore the plaintiff, as matter of law, is not entitled to recover.

KEGEL, Respondent, v. KEGEL, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Elsa Kegel against Otto W. Kegel. W. S. Fraser, for appellant. B. Rabbine, for respondent. No·opinion. Order modified by striking out allowance for counsel fee, and, as modified, affirmed, without costs.

KEISTER v. RANKIN. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by George Keister against William Rankin. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 274.

KEMMEDER, Respondent, v. LAMBERT, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Philip Kemmeder against·Leopold Lambert. No opinion. Judgment of the municipal court affirmed by default, with costs.

KENNETT v. HOPKINS et al. In re DURAND. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Francis J. Kennett against George B. Hopkins and others. T. Saunders, for plaintiff. F. B. Lord. for defendants. No opinion. Order affirmed, with $10 costs and disbursements.

KERR, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Charles Kerr against the New York Central & Hudson River Railroad Company and another.

PER CURIAM. Judgment and order unanimously affirmed, with costs. Even if we assume that the testimony at folio 329 was erroneously admitted, we are quite clear, in view of all the other evidence in the case, that it was harmless to the appellants.

KERR, Respondent, v. NEW YORK, O. & W. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. De-